[No. 43133-5-II.   Division Two.   September 10, 2013.]

THE FEDERAL NATIONAL MORTGAGE ASSOCIATION, *Respondent*, v.
RONALD STEINMANN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark
County, No. 11-2-03547-0, Robert A. Lewis, J., entered
February 24, 2012. *Affirmed* by unpublished opinion per
Johanson, A.C.J., concurred in by Quinn-Brintnall, J., and
Forbes, J. Pro Tem.

[No. 43339-7-II.   Division Two.   September 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL MERINO,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 11-1-02573-1, John A. McCarthy, J., entered
April 20, 2012. *Affirmed* by unpublished opinion per
Penoyar, J., concurred in by Johanson, A.C.J., and Fearing,
J. Pro Tem.

[No. 43560-8-II.   Division Two.   September 10, 2013.]

*In the Matter of the Parenting and Support of* K.B.K.

RICHARD D. JUDEN, *Respondent*, v. KAYLEE A. KILGORE,
*Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 09-3-00254-9, John F. Nichols, J., entered May
18, 2012. *Reversed* and *remanded with instructions* by
unpublished opinion per Lee, J. Pro Tem., concurred in by
Worswick, C.J., and Johanson, J.